IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civ. No. 7:16-cv-000311-FL

| | | |
|---|---|---|
| ANGELA THRASHER | ) | |
|     Plaintiff, | ) | |
| | ) | |
|   v. | ) | ORDER FOR |
| | ) | PAYMENT OF ATTORNEY FEES |
| NANCY A. BERRYHILL, [1] | ) | UNDER THE EQUAL ACCESS |
| Acting Commissioner of Social Security, | ) | TO JUSTICE ACT |
| | ) | |
|     Defendant. | ) | |
| | ) | |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $6,000.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. Such payment should be sent to:

    Jonathan P. Miller
    Attorney for Plaintiff
    1213 Culbreth Drive
    Wilmington, NC 28405
    910-509-7148
    jpm@jonathanmillerlaw.com

Provided that the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Jonathan P. Miller and mailed to the office address above in accordance with Plaintiff's assignment to counsel of her right to

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the Defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

payment of attorney fees under EAJA.  If the award is subject to Offset, the remaining fees, if any, will be payable to Plaintiff and sent to Plaintiff's counsel.

SO ORDERED this 17th day of October, 2017.

_____
Louise W. Flanagan
United States District Judge